UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORRIS JONES, CORY JONES, and JOSHUWA JONES, ) ) ) Plaintiffs, ) ) vs. ) ) INDY 104, L.L.C. d/b/a THE RAM RESTAURANT AND BREWERY and RAM INTERNATIONAL 1, L.L.C. d/b/a THE RAM RESTAURANT AND BREWERY, ) ) ) ) ) ) ) Defendants. ) | 1:08-cv-01128-SEB-TAB |

## JUDGMENT

Pursuant to the Court's Order Granting Motion for Summary Judgment, final judgment is hereby entered in favor of Defendants and against Plaintiffs. Each party shall bear its own costs.

IT IS SO ORDERED.

Date:  06/02/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Peter H. Rosenthal
LAW OFFICE OF PETER H. ROSENTHAL
atyrosenthal@aol.com

Alexis A. Sumner
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
asumner@beneschlaw.com

Mark R. Waterfill
BENESCH, FRIEDLANDER, COPLAN, & ARONOFF, LLP
mwaterfill@beneschlaw.com